IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**CANDICE DAVIS,**

    **Plaintiff,**

    v.                                     CASE NO. 2:22-cv-231-SPC-NPM

**JEFFERSON CAPITAL
SYSTEMS, LLC.,**

    **Defendant.**
_____/

## **JOINT NOTICE OF SETTLEMENT**

Pursuant to Local Rule 3.09, Plaintiff and Defendant, by and through their undersigned counsel, hereby provide notice that Plaintiff and Defendant reached a settlement as to all claims and controversies between them. Upon completion of all settlement terms, Plaintiff and Defendant will file the necessary documents to dismiss this all claims with prejudice. To that end, Plaintiff and Defendant respectfully request forty-five (45) to complete all settlement terms.

Respectfully submitted this 21st day of April 2022.

| | |
|---|---|
| **MESSER STRICKLER BURNETTE, LTD.** | **SHERA E. ANDERSON, ESQ.** |
| By: */s/ John M. Marees, II*<br>LAUREN M. BURNETTE, ESQ.<br>Florida Bar. No. 0120079 | By: */s/ Shera E. Anderson, Esq.*<br>SHERA E. ANDERSON, ESQ.<br>Florida Bar. No. 68129<br>20801 Biscayne Blvd. #403 |

1

JOHN M. MAREES, II, ESQ.  
Florida Bar. No. 0069879  
12276 San Jose Blvd., Suite 718  
Jacksonville, FL 32223  
(904) 527-1172  
(904) 683-7353 (fax)  
lburnette@messerstrickler.com  
jmarees@messerstrickler.com  
*Counsel for Defendants*

Aventura, FL 33180  
(954) 547-4690  
Shera_Anderson@outlook.com  
*Counsel for Plaintiff*